# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALLIE ANSELMO

VERSUS

PEAK PERFORMANCE PHYSICAL
THERAPY, LP, INDIA SWIFT,
AND XYZ INSURANCE COMPANY

NO.   2026 CW 0426

**MAY 18, 2026**

---

In Re:    Callie Anselmo, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          723447.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                              PMc
                              TPS
                              BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.